FILED BY _____ KS ___ D.C.

Nov 16, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 21-20559-CR-MARTINEZ/BECERRA
CASE NO._____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**MICHEL RADCLIFF,**
    a/k/a "Michelito,"
**LAZARO MARTINEZ HERRERA,**
    a/k/a "El Ta,"
    a/k/a "Tarima,"
**MIGUEL GONZALEZ DE LA PENA,**
**ORLANDO GARCIA ACOSTA,**
**YUSIMI CASTILLO DIAZ, and**
**ALEXEY CLARO SILVA,**

        **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute Controlled Substances
### (21 U.S.C. § 846)

Beginning in or around September of 2020, and continuing through on or about November 16, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHEL RADCLIFF,**
**a/k/a "Michelito,"**
**LAZARO MARTINEZ HERRERA,**
**a/k/a "El Ta,"**
**a/k/a "Tarima,"**
**MIGUEL GONZALEZ DE LA PENA,**
**ORLANDO GARCIA ACOSTA,**

**YUSIMI CASTILLO DIAZ, and**
**ALEXEY CLARO SILVA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is fifty (50) grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is a mixture and substance containing a detectable amount of cocaine (base), a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 29, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHEL RADCLIFF,**
**a/k/a "Michelito," and**
**LAZARO MARTINEZ HERRERA,**
**a/k/a "El Ta,"**
**a/k/a "Tarima,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about October 14, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHEL RADCLIFF,**
**a/k/a "Michelito," and**
**LAZARO MARTINEZ HERRERA,**
**a/k/a "El Ta,"**
**a/k/a "Tarima,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 4
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about December 17, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHEL RADCLIFF,**
**a/k/a "Michelito," and**
**LAZARO MARTINEZ HERRERA,**
**a/k/a "El Ta,"**
**a/k/a "Tarima,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 5
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about January 6, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHEL RADCLIFF,**
**a/k/a "Michelito," and**
**LAZARO MARTINEZ HERRERA,**
**a/k/a "El Ta,"**
**a/k/a "Tarima,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**COUNT 6**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about April 7, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHEL RADCLIFF,**
**a/k/a "Michelito,"**
**LAZARO MARTINEZ HERRERA,**
**a/k/a "El Ta,"**
**a/k/a "Tarima," and**
**MIGUEL GONZALEZ DE LA PENA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**COUNT 7**
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about May 20, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL GONZALEZ DE LA PENA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS
### (21 U.S.C. § 853)

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **MICHEL RADCLIFF, a/k/a "Michelito," LAZARO MARTINEZ HERRERA, a/k/a "El Ta," a/k/a "Tarima," MIGUEL GONZALEZ DE LA PENA, ORLANDO GARCIA ACOSTA, YUSIMI CASTILLO DIAZ, and ALEXEY CLARO SILVA,** have an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Section 841 or 846, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

3.      If any of the property described above, as a result of any act or omission of the defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a

                third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

    e.      has been commingled with other property which

             cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p).

    All pursuant to Title 18, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEY

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

Michel Radcliff, et al.

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

_____Defendants._____/

New defendant(s)       Yes ____   No ____
Number of new defendants   ____
Total number of counts     ____

**Court Division:** (Select One)
✓ Miami  ___ Key West
___ FTL  ___ WPB  ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)      Yes
   List language and/or dialect      Spanish

4. This case will take __15__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ | |
| II | 6 to 10 days | _____ | Minor | _____ | |
| III | 11 to 20 days | ✓ | Misdem. | _____ | |
| IV | 21 to 60 days | _____ | Felony | ✓ | |
| V | 61 days and over | _____ | | | |

6. Has this case previously been filed in this District Court?      (Yes or No)   No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)      No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?      Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      Yes ____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?      Yes ____   No ✓

\*Penalty Sheet(s) attached

_____
FREDERIC SHADLEY
COURT NO. A5502298
ASSISTANT UNITED STATES ATTORNEY

REV 3/19/2021

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **MICHEL RADCLIFF, a/k/a "Michelito"**

**Case No:**

Count #: 1

Conspiracy to distribute cocaine, methamphetamine, and cocaine base

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years Imprisonment

Count #: 2

Distribution of methamphetamine and cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Forty Years Imprisonment

Counts #: 3-6

Distribution of Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Twenty Years of Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   LAZARO MARTINEZ HERRERA, a/k/a "El Ta," a/k/a "Tarima"**

**Case No:**

Count #: 1

Conspiracy to distribute cocaine, methamphetamine, and cocaine base

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years Imprisonment

Count #: 2

Distribution of methamphetamine and cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Forty Years Imprisonment

Counts #: 3-6

Distribution of Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Twenty Years of Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **MIGUEL GONZALEZ DE LA PENA**

**Case No:**

Count #: 1

Conspiracy to distribute cocaine, methamphetamine, and cocaine base

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years Imprisonment

Counts #: 6-7

Distribution of Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Twenty Years of Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  ORLANDO GARCIA ACOSTA

**Case No:**

Count #: 1

Conspiracy to distribute cocaine, methamphetamine, and cocaine base

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  <u>**YUSIMI CASTILLO DIAZ**</u>

**Case No:**  _____

Count #: 1

Conspiracy to distribute cocaine, methamphetamine, and cocaine base

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **ALEXEY CLARO SILVA**

**Case No:**

Count #: 1

Conspiracy to distribute cocaine, methamphetamine, and cocaine base

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**